**Angello Pete MARIN et al. v. UNITED STATES.**

No. 8089.

Circuit Court of Appeals, Ninth Circuit.

April 2, 1936.

Paul M. Long and F. E. Swope, both of Portland, Or., for appellants.

Carl C. Donaugh, U. S. Atty., and M. B. Strayer, Asst. U. S. Atty., both of Portland, Or.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate of this court to be issued forthwith.

**In re MILL–CHEST CORPORATION, Appellant. In re WEBB INSTITUTE OF NAVAL ARCHITECTURE, First Mortgagee, Appellee. Minnie MOSCOWITZ, Second Mortgagee, Appellee.**

No. 320.

Circuit Court of Appeals, Second Circuit.

April 6, 1936.

Millard E. Theodore, of New York City, for appellant.

Morris J. Junger, of New York City, for second mortgagee appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**MISSOURI PACIFIC RAILROAD CO. et al., Appellants, v. J. D. HENDERSON.**

No. 10418.

Circuit Court of Appeals, Eighth Circuit.

Dec. 11, 1935.

C. E. Daggett, of Marianna, Ark., for appellants.

Tom W. Campbell, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal dismissed, at costs of appellants on motion of appellee.

**MISSOURI POWER & LIGHT CO., Appellant, v. CITY OF LA PLATA, MISSOURI, et al.**

No. 10570.

Circuit Court of Appeals, Eighth Circuit.

April 1, 1936.

For opinion below, see 10 F.Supp. 653.

Roscoe Anderson, W. R. Gilbert and J. O. Brown, all of St. Louis, Mo., for appellant.

L. P. Embry, of California, Mo., Roy McKittrick, of Jefferson City, Mo., and Covell R. Hewitt, of Maysville, Mo., for appellees.

PER CURIAM.

Appeal dismissed, with costs, without prejudice, etc., per stipulation of parties.